# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

AMANDA MANNING                                                                PLAINTIFF

v.                      Case No. 3:24-CV-00229-JM-JTK

SOCIAL SECURITY ADMINISTRATION,                      DEFENDANT
*Commissioner*

## **ORDER**

Before the Court is Defendant's Unopposed Motion to Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 8) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED THIS 13th day of February, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE