IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMANDA MANNING**                                                              **PLAINTIFF**

V.                                            3:24CV000229 JM

**FRANK BISIGNANO,**
**Commissioner, Social Security**
**Administration**                                                              **DEFENDANT**

## ORDER

On February 24, 2025, the parties filed a stipulation of attorney fees signed by both parties.[1] (Docket # 11). Plaintiff filed a motion for Order on January 27, 2026. (Docket # 12). Pursuant to 28 U.S.C. § 2412, the Court finds that the stipulation is reasonable and Plaintiff is entitled to an award of fees in the amount of $1,189.13. The EAJA fee should be payable directly to Plaintiff and mailed to her attorney.

IT IS SO ORDERED this 2nd day of February, 2026.

_____
James M. Moody Jr.
United States District Judge

---

[1] The Court generally does not enter orders on stipulations of the parties.